NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMY WEBER, <br><br> Plaintiff, <br><br> v. <br><br> FRANCES A. MCGROGAN, et al., <br><br> Defendants. | Civil Action No.: 14-7340 (CCC) (JBC) <br><br> **ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court upon the objections of pro se Plaintiff Amy Weber ("Plaintiff") to the Report and Recommendation [ECF No. 96] of Magistrate Judge James B. Clark, III, on the June 1, 2015 Order to Show Cause, issued sua sponte, directing Plaintiff to show cause as to why her case should not be dismissed. The Court has reviewed the Report and Recommendation and adopts the Report and Recommendation. For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 9 day of June, 2016

**ORDERED** that Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff is granted thirty (30) days to file an Amended Complaint that

cures the deficiencies set forth by the Court in its corresponding Opinion.

**SO ORDERED.**

_____
CLAIRE C. CECCHI, U.S.D.J.